Sheperla *v.* Connecticut General Life Insurance Company.
Morgan Appeal.

Argued September 23, 1970. *J. Webster Jones,* with him *Harris & Sykes,* for adverse claimant, appellant; *Oscar S. Bortner,* with him *Jackson, Bortner & Ballow,* for plaintiff, appellee; *Charles H. Dorsett,* with him *Eastburn and Gray,* for defendant, appellee.

Appeal quashed.

Stoll *v.* Miller et al., Appellants.

Argued September 17, 1970. *Malcolm H. Waldron, Jr.,* for appellants; *James W. Sutton, Jr.,* with him *McEldrew, Hanamirian, McWilliams, Quinn & Bradley,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.

Sweeney *v.* Lakeland School District, Appellant.

Argued September 14, 1970. *James A. Kelly,* with him *Charles S. Delaney,* for appellant; *Paul H. Price,* with him *Oliver, Price and Rhodes,* for appellee.

Order affirmed.